UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JEREMY EARNEST | * | |
| | * | CIVIL ACTION |
| | * | NUMBER: |
| v. | * | |
| | * | JUDGE: |
| PALFINGER MARINE USA, INC. | * | |
| DOE INSURANCE COMPANY | * | MAG: |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **REMOVAL**

**NOW INTO COURT**, through undersigned counsel, come Defendant, PALFINGER MARINE USA, INC. ("PALFINGER"), who respectfully notice the removal of the above-entitled cause from the Nineteenth District Court for the Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Western District of Louisiana, on the following grounds, to wit.

I.

The present action was originally instituted in the Nineteenth District Court for the Parish of East Baton Rouge, State of Louisiana, on April 16, 2020, under civil action number C-695601 Section 26. (Exhibit 1 - Petition for Damages).

II.

This personal injury lawsuit arises out of an accident on June 30, 2019, on the Auger tension leg platform, owned by Shell offshore, Inc., that was and is still is located on the Outer Continental

Shelf in Garden Banks block 426 (130 miles offshore below Eunice, Louisiana) where that platform has been located since Dec. 1993. (See <u>Overstreet v Transocean</u>, 1998 U.S. Dist. Lexis 16159 (USDC ED. La. Oct. 7, 1998) (Finding Shell Auger was a platform and not a vessel such that a Jones Act claim was not permissible.) The accident in suit involved the mooring of a lifeboat that was also owned by Shell Offshore, Inc. In other words, the defendant, Palfinger Marine USA, Inc. did not own, operator or have control over the Auger platform and/or life boat#6 that was involved in the accident at the time of the accident.

III.

The plaintiffs named as defendants Palfinger Marine USA, Inc. and a "Doe Insurance Company" (Exhibit 1 at paragraph V and VI.)

IV.

Palfinger Marine USA, Inc. is only defendant served with the Petition and it was served on it on April 30,2020.

V.

This case is removable pursuant to Federal Question Jurisdiction (28 U.S.C. § 1331) under the Outer Continental Shelf Lands Act (OCSLA) 43 U.S.C. § 1331 et seq.. (See <u>Baker vs Hercules Offshore, Inc.</u>,212-20150 (5th Cir. 3/20/2013); 713 F2nd 208. (Finding the OCSLA provides Federal Question jurisdiction for removal overriding the Saving to Suitors clause.)

VI.

Venue is proper in the United States District Court for the Western District of Louisiana as the accident occurred on the Outer Continental Shelf in Garden Banks block 426 ,130 miles

offshore below Eunice, La. In addition, and in the alternative, venue is proper there because the defendant's, Palfinger Marine USA, Inc.'s offices are located in New Iberia.

VII.

Defendants to the suit have authorized the removal of this matter.

VIII.

Attached to this Notice, in accordance with § 1446, is the Notice served by the defendant both on opposing counsel and the state court to advise them of this removal. (Exhibit 2.)

Defendant requested a certified copy of the Petition for Damages and all other pleadings filed in the State Court proceeding. The certified copies of the record will be filed upon receipt as Exhibit 3 in globo.

**WHEREFORE**, defendant, PALFINGER MARINE USA, INC. notices the removal of the action described above.

Respectfully submitted,

COMEAUX, STEPHENS & GRACE

| CERTIFICATE OF SERVICE | /s/ Patrick C. Grace |
|---|---|
| I do hereby certify that a copy of the above and foregoing pleading has been sent to all counsel of record by U.S. Mail, facsimile or by email, this 28th day of May, 2020. | **PATRICK C. GRACE**<br>Bar Number: 16944<br>Attorney at Law<br>Suite 1060, One Lakeway Center<br>3900 North Causeway Boulevard<br>Metairie, Louisiana 70002<br>Telephone: (504) 219-2012<br>Facsimile: (504) 837-9508<br>Email: Patrick.Grace@zurichna.com |
| /s/ Patrick C. Grace<br>**PATRICK C. GRACE** | |