UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| JEREMY EARNEST et al.; | * | CIVIL ACTION NO. 6:20-cv-00685 (LEAD) |
| *PLAINTIFFS* | * | (c/w 6:20-cv-0773; 6:20-cv-0756) |
| | * | |
| VS. | * | JUDGE: ROBERT B. SUMMERHAYS |
| | * | |
| PALFINGER MARINE USA, INC. et al.; | * | MAG. JUDGE CAROL B. WHITEHURST |
| *DEFENDANTS* | | |

## FINAL JUDGMENT AND ORDER OF DISMISSAL

Considering the foregoing Joint Motion for Entry of a Final Judgment and Order of Dismissal filed by the parties,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that this action be and the same is hereby DISMISSED WITH PREJUDICE, each party to bear their own costs, with the express recognition of the right of Defendant Palfinger Marine USA, Inc. and the interest of Zurich American Insurance Company to appeal the Court's order, entered on August 12, 2022, [ECF Doc. No. 133], which denied Palfinger's Motion for Partial Summary Judgment on Contractual Defense and Indemnity against Third-Party Defendant Shell Offshore Inc., [ECF Doc. No. 88], granted the Motion for Summary Judgment filed by Shell Offshore, Inc., and other Shell Entities [ECF Doc. No. 90], and dismissed Palfinger's claims for contractual defense and indemnity against Shell Offshore Inc.

Signed this 10th day of January, 2023 at Lafayette, Louisiana.

_____
DISTRICT JUDGE