UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JEREMY EARNEST** | **CASE NO. 6:20-CV-00685 LEAD** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **PALFINGER MARINE USA INC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendant/Third Party Plaintiff Palfinger Marine USA, Inc. and Defendant Zurich American Insurance Company's Restated Motion for Enforcement of Settlement Agreement and for Entry of Final Judgment (Rec. Doc. 192) is DENIED.

Signed at Lafayette, Louisiana, this 14th day of April, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE